**IT IS ORDERED as set forth below:**

Date: April 27, 2010

_____
**W. H. Drake
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br>KEN DAVID COE AND MELISSA<br>RENEA COE,<br>Debtor(s).<br>_____ | )<br>)<br>)<br>)<br>)<br>) CHAPTER 7<br>) |
| EVERHOME MORTGAGE COMPANY,<br>AS SERVICER FOR EVERBANK, ITS<br>SUCCESSORS OR ASSIGNS,<br>Movant.<br><br>V.<br><br>KEN DAVID COE AND MELISSA<br>RENEA COE, and THEO D. MANN,<br>Trustee,<br>Respondents. | )<br>)<br>) CASE NO. 10-10403-WHD<br>)<br>)<br>) JUDGE W. HOMER DRAKE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER LIFTING STAY

Movant's Motion for Relief was scheduled for hearing on April 23, 2010, a Notice

of Assignment of Hearing was served upon each of the above-captioned parties in interest and

Debtors presented no opposition to Movant's Motion. The Chapter 7 Trustee consents to the relief requested.

IT IS HEREBY ORDERED:

1.

That Movant contends it has a lien on Debtor's real property to the extent of the outstanding balance of its Note, plus interest and attorney's fees as provided by the terms of the Note and Deed of Trust, said property being identified in Movant's Motion for Relief as 2209 WEST ORAIBI DRIVE, Phoenix, Arizona 85027, more particularly described in Maricopa County records (the "Property"), and said Note and Deed of Trust also being described more fully therein.

2.

Based upon the facts asserted in Movant's Motion for Relief, Movant is inadequately protected as to its security in the Property, in that Debtor is substantially in arrears to Movant under the said Note and Deed of Trust.

3.

The automatic stay of 11 U.S.C. §362 is terminated to the extent that the automatic stay enjoins and restrains Movant from the exercise of its rights under the provisions contained in the Deed of Trust and as provided for by the laws of the State of Arizona, as to its collateral; including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date, gaining possession of the property and pursuing any other rights available to Movant under state law, as to its collateral.

4.

Any proceeds realized from said foreclosure sale, which exceed those amounts owed to Movant under the terms of the subject Note and Deed of Trust, shall be promptly remitted to the Chapter 7 Trustee.

**END OF DOCUMENT**

| Prepared by: | Consented to: |
|---|---|
|  | /s/ Theo Davis Mann By Sean R. Quirk With Express Permission |
| /s/ Sean R. Quirk | THEO DAVIS MANN |
| SEAN R. QUIRK | Georgia Bar No. 469150 |
| Georgia Bar No. 591467 | CHAPTER 7 TRUSTEE |
| Attorney for Movant |  |
| Shapiro & Swertfeger |  |
| 2872 Woodcock Boulevard, Suite 100 |  |
| Atlanta, GA 30341 |  |
| (770) 220-2535 |  |

Pursuant to Bankruptcy Local Rule 9013-3(c)(2), a copy of this Order is to be served on the following interested parties:

KEN DAVID and MELISSA RENEA COE
25 MAXWELL PLACE
Newnan, GA 30265

Michael Gorove
Harmon & Gorove
1 Jefferson Street
Newnan, GA 30263

THEO D. MANN
Mann & Woolridge
28 Jackson Street
P.O. Box 310
Newnan, GA 30264

Shapiro & Swertfeger
2872 Woodcock Boulevard, Suite 100
Atlanta, GA 30341